IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LUTRACY MARSH and KUTEL GREEN,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-cv-1805-O |
| **SCHNEIDER NATIONAL CARRIERS, INC.,** | § § § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Lutracy Marsh and Kutel Green**, ("Plaintiffs"), and **Schneider National Carriers, Inc.,** ("Defendant") and files this Joint Motion to Dismiss with Prejudice and in support thereof, states the following:

The Parties move the Court for an Order dismissing, with prejudice, all causes of action asserted or which might have been asserted in this action and in support thereof would respectfully show the Court that all matters in dispute between these parties have been compromised and settled and the Plaintiffs no longer wishes to pursue this matter.

WHEREFORE, PREMISES CONSIDERED, the Parties request this Court to enter an Order dismissing Plaintiffs' claims with Prejudice and taxing costs and attorneys' fees to the party incurring the same.

Respectfully submitted,

**/s/ Robert (Bobby) Lee**
**Robert (Bobby) Lee**
*Attorney in Charge*
Texas Bar No. 00787888
**J. Derek Braziel**
State Bar No. 00793380
**Carmen Artaza**
Texas Bar No. 24055114
**Meredith Mathews**
Texas Bar No. 24055180

**Lee & Braziel, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax

**ATTORNEYS FOR PLAINTIFFS**

and

**/s/ Kimberly R. Miers**
Kimberly R. Miers
Texas Bar No. 24041482
Lindsey D. Sberna
Texas Bar No. 24055434

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
214-880-8100 (Telephone)
214-880-0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT**